Sam Andrewson et al., trading as Andrewson Furniture Company, appellants, v. Carl Sanders and Harriet Sanders, appellees. Gen. No. 32,689.

Opinion filed October 3, 1928.

John H. Roser, for appellants.   No appearance for appellees.

Mr. Justice Wilson delivered the opinion of the court.